In the Matter of CHARLES E. SINGER, Appellant, against MARK GRAVES, as Commissioner of Taxation and Finance of the State of New York, et al., Respondents.

Submitted October 5, 1938; decided October 25, 1938.

*John T. DeGraff* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Patrick H. Clune* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.